PROB 12B
(7/93)

# United States District Court

for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jamal Robinson                                                     Cr.: 03-00016-001
                                                                                     PACTS Number: 32102

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 02/02/05

Original Offense: Distribution of Controlled Substances

Original Sentence: Prison 60 months, Supervised release 4 years; Special conditions: drug testing/treatment, financial disclosure, no new debt; fine $500

Type of Supervision: Supervised Release                          Date Supervision Commenced: 08/04/06

## PETITIONING THE COURT

[ ]  To extend the term of supervision for          Years, for a total term of          Years.
[X]  To modify the conditions of supervision as follows. The addition of the following special condition:

The defendant shall enter and complete the Day Program at Ready, Willing, and Able located in Jersey City, New Jersey. The defendant shall abide by all rules and regulations of the program and shall remain in the program until graduation.

## CAUSE

On July 15, 2008, the offender relapsed and tested positive for phencyclidine also known as PCP. The offender had previously completed inpatient treatment and there was no indication of drug use for nearly a year. The offender also has exhibited difficulty maintaining gainful employment and still has not completed his GED. The Ready, Willing, and Able (RWA) program is a one-year program which will provide drug counseling, vocational training, employment services, and GED courses.

Respectfully submitted,

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 08/08/08

PROB 12B - Page 2
Jamal Robinson

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

8/20/08
_____
Date

Dennis M. Cavanaugh
U.S. District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall enter and complete and Day Program at Ready, Willing, and Able located in Jersey City, New Jersey. The defendant shall abide by all rules and regulations of the program and shall remain in the program until graduation.

Witness: _____
U.S. Probation Officer
Cayetano R. Castellano

Signed: _____
Probationer or Supervised Releasee
Jamal Robinson

8-4-08
DATE