PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Jamal Robinson  **Docket Number:** 03-00016-001
  **PACTS Number:** 32102

**Name of Sentencing Judicial Officer:** HONORABLE Dennis M. Cavanaugh

**Date of Original Sentence:** 02/02/2005

**Original Offense:** Narcotics-Sell, Distribute, Or Dispense

**Original Sentence:** 60 months imprisonment; 4 years supervised release. Special conditions: drug aftercare, financial disclosure, and not to incur any new credit charges or open additional lines of credit without the approval of the U.S. Probation Office.

**Type of Supervision:** supervised release   **Date Supervision Commenced:** 08/04/06

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Jean Barrett, Ruhnke and Barrett, 47 Park Street, Montclair, New Jersey 07042, (973) 744-1000

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' |
|  | On January 30, 2009, the offender was arrested by the Jersey City Police and was charged with the law violation of shoplifting. |
| 2. | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
|  | The offender has failed to submit monthly supervision reports for the months of December 2008, and January 2009. |

3. The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender used PCP on July 15, 2008, as evidenced by urine specimen (chain of custody # C00974003) submitted to Kroll Laboratories which returned a positive result for this substance.

Additionally, the offender used PCP on September 13, 2008, November 1, 2008, and December 7, 2008, as evidenced by his verbal and written admissions during contacts with the offender on September 15, November 4, and December 15, 2008.

4. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender failed to notify the undersigned officer of his January 30, 2009, shoplifting arrest by the Jersey City Police.

5. The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

The offender failed to complete and graduate from the Integrity out-patient drug aftercare program, as evidenced by failing to attend his scheduled counseling sessions from May 2008 through anytime thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 2/20/09

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

23 FEB 2009
Date