# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.  Case Number   2:03cr016

JAMAL ROBINSON

Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, JAMAL ROBINSON, was represented by Jean Barrett, Esq.

Violation number(s) 1,2,4, & 5 have been dismissed.

The defendant admitted guilt to violation number(s) 3 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 3 | 'Unlawful substance use' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 2 February 2005 remain in full force and effect, if not already paid.

Signed this the __22__ day of June, 2009.

DENNIS M. CAVANAUGH
United States District Judge

Defendant's SSN: ***-**-8294
Defendant's Date of Birth: 1981
Defendant's mailing address: 283 Linden Ave, Jersey City, NJ
Defendant's residence address:

Judgment – Page 2 of 2

Defendant:     JAMAL ROBINSON
Case Number:   2:03cr016

## SUPERVISED RELEASE

It is ordered and adjudged that the offender be continued on supervised release subject to all previously imposed standard and special conditions and shall comply with the following modified/additional special condition(s): the reimposition of supervised release is conditioned on his reentry and successful completion on in-patient drug treatment at the Integrity Program. Upon successful completion of the Integrity in-patient drug treatment program, the defendant shall reside for a period of 2 months in a community corrections center, halfway house or similar residential facility, preferably Toler House, and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program. While a resident in the community corrections center, the defendant shall participate and complete any subsequent out-patient drug treatment as recommended. All previously imposed mandatory and special conditions imposed at time of original sentence remain in effect.

While on supervised release, the defendant shall not commit another federal, state, or local crime, shall be prohibited from possessing a firearm or other dangerous device, shall not possess an illegal controlled substance and shall comply with the other standard conditions that have been adopted by this Court. The defendant must submit to one drug test within 15 days of commencement of supervised release and at least two tests thereafter as determined by the probation officer.

In addition, the defendant shall comply with the following special conditions:

---

*For Official Use Only - - - U.S. Probation Office*

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____

Defendant                                         Date

_____

U.S. Probation Officer/Designated Witness          Date